# EXHIBIT A

# McDonald Hopkins

McDonald Hopkins LLC  
Suite 2100  
600 Superior Avenue, E  
Cleveland, Ohio 44114

P: 216.348.5400  
F: 216.348.5474  
mcdonaldhopkins.com  
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

IMPERIAL INTEGRATIVE HEALTH RESEARCH  
KEVIN FOSTER  
470 OLD WORTHINGTON ROAD  
WESTERVILLE, OH 43082

APRIL 5, 2013  
Invoice No: 1187070

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE: BUSINESS RESTRUCTURING  
38001-00001

THROUGH APRIL 5, 2013 INCLUDING THE FOLLOWING ITEMIZED SERVICES

| | |
|---|---:|
| FEES FOR SERVICES | $ 23,094.50 |
| FILING FEES | 2,426.00 |
| TOTAL | $ 25,520.50 |

| Name of Professional | Total Billed Hours | Hourly Billing Rate () | Total Fees |
|---|---|---|---|
| Shawn M. Riley | 11.30 | $615.00 | $6,949.50 |
| Paul W. Linehan | 15.00 | 440.00 | 6,600.00 |
| Daniel Reynolds | 20.70 | 200.00 | 4,140.00 |
| DeBorah Barrow | 23.50 | 230.00 | 5,405.00 |

{4255469:}