# EXHIBIT A

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

IMPERIAL INTEGRATIVE HEALTH RESEARCH
KEVIN FOSTER
470 OLD WORTHINGTON ROAD
WESTERVILLE, OH  43082

APRIL 5, 2013
Invoice No:  1187070

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS[1]

RE:   BUSINESS RESTRUCTURING
      38001-00001

THROUGH APRIL 5, 2013 INCLUDING THE FOLLOWING ITEMIZED SERVICES

|  |  |
|---|---:|
| FEES FOR SERVICES | $ 23,094.50 |
| FILING FEES | 2,426.00 |
| TOTAL | $ 25,520.50 |

| Name of Professional | Total Billed Hours | Hourly Billing Rate () | Total Fees |
|---|---|---|---|
| Shawn M. Riley | 11.30 | $615.00 | $6,949.50 |
| Paul W. Linehan | 15.00 | 440.00 | 6,600.00 |
| Daniel Reynolds | 20.70 | 200.00 | 4,140.00 |
| DeBorah Barrow | 23.50 | 230.00 | 5,405.00 |

---

[1] The fees paid to McDonald Hopkins LLC were on behalf of the Debtor and Forever Now LLC, the holding company of the Debtor.

{4255469:}