**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: August 18, 2016**



John E. Hoffman, Jr.
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 13-52689 |
| | ) | |
| IMPERIAL INTEGRATIVE HEALTH | ) | |
| RESEARCH & DEVELOPMENT LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Hoffman |
| | ) | |

**AGREED ORDER CONVERTING CASE TO CHAPTER 7 ON MOTION OF UNITED STATES TRUSTEE TO CONVERT OR DISMISS CASE** (Docket No. 218)

This matter came on for consideration, the U.S. Trustee's Motion to Convert or Dismiss this Chapter 11 case ("Motion") having been filed on April 21, 2015 (Docket No. 218) and notice of which having been served on all creditors and parties in interest (Docket No. 219). The Court's record reflects that only one Response or Objection to the Motion was filed by "the Members" (Messrs. Stumpf, Stonerook, Gregory, Crispin, McIntyre, Thornton, Brenner, Andersen, Ingles, Lavrinovic, Zisis, Kaukenas, Rancik, Rakocevic, Ewing and Maciulis) (Docket No. 220), who are a signatory to this Agreed Order. The Court's record also reflects that the Motion was held in abeyance until a final determination was made on the Chapter 11 Trustee's Motion to Sell Assets (Docket No. 221). An Order Authorizing the Sale of Assets was entered on May 23, 2016 (Docket No. 233) and the Chapter 11 Trustee filed his Report of Sale

on July 13, 2016 (Docket No. 238). The United States Trustee, the Chapter 11 Trustee, and the Members hereby agree to resolve this Motion by converting this case to Chapter 7. Good cause showing, therefore:

IT IS HEREBY ORDERED that this case is CONVERTED to Chapter 7. The Chapter 11 Trustee shall comply with Fed. R. Bankr. P. 1019 and immediately turn over all assets to the Chapter 7 Trustee.

IT IS FURTHER ORDERED that any distribution made pursuant to court order during the Chapter 11 are valid and proper for purposes of 11 U.S.C. § 507; however, nothing in this provision shall be construed to supersede the provisions of 11 U.S.C. § 726(b) or any other provision of the Bankruptcy Code.

IT IS SO ORDERED.

AGREED TO FOR AND CONTENT BY:

DANIEL M. MCDERMOTT
UNITED STATES TRUSTEE FOR REGION 9

By: /s/ MaryAnne Wilsbacher
MaryAnne Wilsbacher (0055764)
Assistant United States Trustee
170 N. High Street, Suite 200
Columbus, Ohio 43215
Telephone: (614) 469-7411 ext. 212
Facsimile: (614) 469-7448
Email: maryanne.wilsbacher@usdoj.gov



By: /s/ John A. Gleason (per verbal authority on 8/18/16)
John A. Gleason, Esq. (0039150)
Porter, Wright, Morris & Arthur, LPP
41 South High Street, Ste. 2800-3200
Columbus, Ohio 43215
(614) 227-2062
Fax ( 614) 227-2100
Email: jgleason@porterwright.com
Attorneys for Members

By: /s/ Myron N. Terlecky (per email authority on 8/18/16)
Myron N. Terlecky, Esq (0018628)
Strip Hoppers Leithart McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH 43215
(614) 228-6345
Fax: (614) 228-6369
Email: mnt@columbuslawyer.net
Chapter 11 Trustee

Parties to be served:
All Creditors and Parties in Interest

# # #